# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

JOSE SANCHEZ,

        Appellant

        v.

PENNSYLVANIA BOARD OF PROBATION
AND PAROLE,

        Appellee

: No. 44 MAP 2024
:
: Appeal from the Order of the
: Commonwealth Court dated April
: 11, 2024 at No. 156 MD 2023
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**                       **DECIDED:  January 22, 2025**

      **AND NOW,** this 22nd day of January, 2025, the order of the Commonwealth Court is **AFFIRMED**.  The Application for Leave to File Reproduced Record Nunc Pro Tunc is **DENIED**.